

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB -9 PM 4 40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DERRICK COUSIN** | CIVIL ACTION |
| **VERSUS** | NO. 05-3249 |
| **BURL CAIN, WARDEN** | SECTION "K"(2) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and plaintiff's objections filed on January 17, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Petitioner filed "Petitioner's Objection to the Magistrate Judge's Report and Recommendation" (Doc. 11) the focus of which is the substantive issues addressed in his habeas petition. However, the basis for the Report and Recommendation to dismiss this matter is that it is barred under the provisions of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") based on the rationale of *Salinas v. Dretke*, 354 F.3d 425, 430 (5th Cir.), *cert. denied*, 541 U.S. 1032 (2004). Petitioner's only objection is that "the logic and reason of the United States Fifth Circuit are wholly misplaced with technical antics in the phraseology" in *Salinas*. This "objection" is thus without merit.

\_\_\_ Fee_____
\_\_\_ Process_____
_X_ Dktd_____
_✓_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No \_\_\_\_\_

Accordingly,

**IT IS ORDERED** that the federal petition of Derrick Cousin for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 9th day of February, 2006

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE